UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCHAL CHRISTMAN, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE BOUDREAUX, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00605-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 19, 2023, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2).

According to Plaintiff's application, he receives a Tribal Per Capita of $575 per month. Thus, it appears that Plaintiff, who is a prisoner, is receiving enough money to pay the $402 filing fee.  Plaintiff does assert that he depends on this money to support himself, but he provides no explanation as to his monthly expenses or how he depends on the money to support himself.

Given Plaintiff's failure to provide an explanation, the Court will deny Plaintiff's application without prejudice and provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship.

Accordingly, IT IS ORDERED that:

1

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;[1]
3. Failure to comply with this order may result in dismissal of this action;
4. The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **April 20, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not need to submit another Trust Account Statement.