UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCHAL A. CHRISTMAN JR., <br><br> Plaintiff, <br><br> v. <br><br> MIKE BOUDREAUX, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00605-JLT-EPG (PC) <br><br> ORDER REGARDING SUPPLEMENTAL COMPLAINT <br><br> (ECF No. 10) |

      Plaintiff Paschal A. Christman Jr. proceeds *pro se* in this civil action pursuant to 42 U.S.C. § 1983. On June 21, 2023, this Court issued a screening order, finding that Plaintiff had failed to comply with the Federal Rules of Civil Procedure but giving him the option, within thirty days, to amend his complaint or stand on the complaint and have it reviewed by the District Judge. (ECF No. 29).

      Now before the Court is Plaintiff's supplemental complaint, which he dated June 20, 2023, requesting to add additional causes of action to his original complaint. (ECF No. 10). As this filing was prepared before the Court's screening order, the Court will take no action on it. Further, Plaintiff is advised that a complaint cannot be amended or supplemented by reference to another pleading. *See* Local Rule 220 ("Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without

1

reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.").

Accordingly, IT IS ORDERED as follows:

1. The Court will take no action on Plaintiff's supplemental complaint. (ECF No. 10).
2. Plaintiff has thirty days from the service of the Court's June 21, 2023, screening order to file a first amended complaint or notify the Court that he wishes to stand on his complaint.

IT IS SO ORDERED.

Dated: **June 30, 2023**         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2